IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEX CICCOTELLI, | : |
| | : Case No. 2:21-cv-00906-KSM |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| VIELA BIO, INC., YANLING CAO, EDWARD HU, RACHELLE JACQUES, CHRIS NOLET, TYRELL RIVERS, ANDREAS WICKI, BING YAO, HORIZON THERAPEUTICS USA, INC., TEIRIPIC MERGER SUB, INC., and HORIZON THERAPEUTICS PLC, | : |
| Defendants. | : |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: March 31, 2021

GRABAR LAW OFFICE

By: *Joshua H. Grabar*
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(267) 507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*